# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **EMILIO ENRIQUE TAYLOR** | **CIVIL ACTION NO. 5:18-CV-1291** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **POLICE DEPT. OF SHREVEPORT** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, finding that same is supported by the law and the record in this matter, and for the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff's Motion to Amend [Doc. No. 7] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Emilio Enrique Taylor's claims for monetary compensation are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for dismissal of all charges is **DISMISSED WITHOUT PREJUDICE** to Plaintiffs right to pursue habeas corpus relief after he exhausts all available state court remedies.

MONROE, LOUISIANA, this 1st day of November, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**